**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Annie Thi Ngo |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number | 16-30818-sgj13 |

## Official Form 410S1

# Notice of Mortgage Payment Change                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust

Court claim no. (if known): 6-1

Last 4 digits of any number you use to identify the debtor's account:  5  0  5  0

Date of payment change:
Must be at least 21 days after date of this notice        07/15/2020

New total payment:
Principal, interest, and escrow, if any        $        751.23

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $        379.07        New escrow payment: $        277.39

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____%        New interest rate: _____%

Current principal and interest payment: $ _____        New principal and interest payment: $ _____

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
  (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: $ _____        New mortgage payment: $ _____

Debtor 1    Annie Thi Ngo
            First Name    Middle Name    Last Name                    Case number *(if known)*  16-30818-sgj13

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ D. Anthony Sottile                          Date  06/03/2020
   Signature

Print:    D. Anthony Sottile                       Title  Authorized Agent for Creditor
          First Name    Middle Name    Last Name

Company   Sottile & Barile, LLC

Address   394 Wards Corner Road, Suite 180
          Number          Street
          Loveland                    OH      45140
          City                        State   ZIP Code

Contact phone  513-444-4100            Email  bankruptcy@sottileandbarile.com

SN Servicing Corporation                    Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:  May 27, 2020

AN T NGO                                                                 Loan:  ▮▮▮▮▮▮
6216 LOS ROBLES LN                              Property Address:
MESQUITE TX  75150                              6216 LOS ROBLES LANE
                                                MESQUITE, TX  75150

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from Aug 2019 to June 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jul 15, 2020: |
|---|---|---|
| Principal & Interest Pmt: | 444.58 | 473.84 ** |
| Escrow Payment: | 379.07 | 277.39 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $823.65 | $751.23 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | May 15, 2020 |
| Escrow Balance: | 1,285.20 |
| Anticipated Pmts to Escrow: | 758.14 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $2,043.34 |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 0.00 | 0.00 |
| Aug 2019 | | | | 1,495.98 | * | | 0.00 | (1,495.98) |
| Sep 2019 | | 644.72 | | | * | | 0.00 | (851.26) |
| Sep 2019 | | 1,380.45 | | | * | Escrow Only Payment | 0.00 | 529.19 |
| Oct 2019 | | 322.36 | | | * | | 0.00 | 851.55 |
| Nov 2019 | | 967.08 | | | * | | 0.00 | 1,818.63 |
| Nov 2019 | | 120.49 | | | * | Escrow Only Payment | 0.00 | 1,939.12 |
| Nov 2019 | | | | 120.49 | * | Forced Place Insur | 0.00 | 1,818.63 |
| Nov 2019 | | | | 2,461.01 | * | City/Town Tax | 0.00 | (642.38) |
| Dec 2019 | | 453.60 | | | * | Tax Refund Report | 0.00 | (188.78) |
| Dec 2019 | | | | 867.61 | * | County Tax | 0.00 | (1,056.39) |
| Jan 2020 | | 967.08 | | | * | | 0.00 | (89.31) |
| Jan 2020 | | 322.36 | | | * | | 0.00 | 233.05 |
| Feb 2020 | | 322.36 | | | * | | 0.00 | 555.41 |
| Mar 2020 | | 644.72 | | | * | | 0.00 | 1,200.13 |
| Mar 2020 | | 209.65 | | | * | Escrow Only Payment | 0.00 | 1,409.78 |
| Mar 2020 | | | | 104.84 | * | Escrow Only Payment | 0.00 | 1,304.94 |
| Apr 2020 | | 322.36 | | | * | | 0.00 | 1,627.30 |
| Apr 2020 | | | | 285.39 | * | Escrow Refund | 0.00 | 1,341.91 |
| May 2020 | | 649.19 | | | * | Escrow Only Payment | 0.00 | 1,991.10 |
| May 2020 | | | | 705.90 | * | Escrow Refund | 0.00 | 1,285.20 |
| | | | | | | Anticipated Transactions | 0.00 | 1,285.20 |
| May 2020 | | 379.07 | | | | | | 1,664.27 |
| Jun 2020 | | 379.07 | | | | | | 2,043.34 |
| | $0.00 | $8,084.56 | $0.00 | $6,041.22 | | | | |

An asterisk indicates a difference from a previous estimate in the amount of the cushion. If you want a further explanation please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling 0.00.  Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

**(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

Recording Corporation
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:  May 27, 2020

AN T NGO                                                                                      Loan: ███████████

### Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|------|-----------|------------|-------------|-------------|----------|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 2,043.34 | 1,941.66 |
| Jul 2020 | 277.39 | | | 2,320.73 | 2,219.05 |
| Aug 2020 | 277.39 | | | 2,598.12 | 2,496.44 |
| Sep 2020 | 277.39 | | | 2,875.51 | 2,773.83 |
| Oct 2020 | 277.39 | | | 3,152.90 | 3,051.22 |
| Nov 2020 | 277.39 | | | 3,430.29 | 3,328.61 |
| Dec 2020 | 277.39 | | | 3,707.68 | 3,606.00 |
| Jan 2021 | 277.39 | 867.61 | County Tax | 3,117.46 | 3,015.78 |
| Jan 2021 | | 2,461.01 | City/Town Tax | 656.45 | 554.77 |
| Feb 2021 | 277.39 | | | 933.84 | 832.16 |
| Mar 2021 | 277.39 | | | 1,211.23 | 1,109.55 |
| Apr 2021 | 277.39 | | | 1,488.62 | 1,386.94 |
| May 2021 | 277.39 | | | 1,766.01 | 1,664.33 |
| Jun 2021 | 277.39 | | | 2,043.40 | 1,941.72 |
| | $3,328.68 | $3,328.62 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 554.77.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 554.77 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 2,043.34.  Your starting balance (escrow balance required) according to this analysis should be $1,941.66.  This means you have a surplus of 101.68. **(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly.  We are sending you a check for the surplus.

We anticipate the total of your coming year bills to be 3,328.62.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

**New Escrow Payment Calculation**

| | |
|---|---|
| Unadjusted Escrow Payment | 277.39 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $277.39 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated. Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In Re: | Case No. 16-30818-sgj13 |
| Annie Thi Ngo | Chapter 13 |
| Debtor. | Judge Stacey G. Jernigan |

---

## CERTIFICATE OF SERVICE

I certify that on June 3, 2020, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

> Truman E. Coe, Jr., Debtor's Counsel
> tcoelaw@verizon.net
>
> Thomas Powers, Chapter 13 Trustee
> cmecf@dallasch13.com
>
> U.S. Trustee, Office of the United States Trustee
> Ustpregion06.da.ecf@usdoj.gov

I further certify that on June 3, 2020, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

> Annie Thi Ngo, Debtor
> 6216 Los Roblas Ln.
> Mesquite, TX 75150

Dated: June 3, 2020

/s/ D. Anthony Sottile
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com